UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:

JOHN ADAMS,

    Plaintiff,

v.

THERAPIES 4 KIDS, INC.,
a Florida Company, and
EILEEN DE OLIVEIRA,
individually.

    Defendants.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, JOHN ADAMS, sues Defendants, THERAPIES 4 KIDS, INC., a Florida Company, and EILEEN DE OLIVEIRA, an individual, and states as follows:

### INTRODUCTION

1. This is an action by JOHN ADAMS against his former employer for minimum wages pursuant to the Fair Labor Standards Act.

2. Plaintiff seeks damages and a reasonable attorney's fees.

### JURISDICTION, PARTIES, VENUE & GENERAL ALLEGATIONS

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206 and is also for breach of contract.

3. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

4. Plaintiff, JOHN ADAMS (hereinafter "ADAMS") is a resident of Broward County, Florida and was at all times material, employed by Defendant, THERAPIES 4 KIDS, INC.

(hereinafter "T4k") as a Customer Relations Representative and to assist with the company's marketing.

5.  ADAMS was an employee as defined by 29 U.S.C. § 203(e), and during his employment with Defendant, was engaged in commerce or in the production of goods for commerce.

6.  T4K is a Florida company with headquarters in Broward County, Florida, doing business in the Southern District of Florida, is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. § 206.

7.  Defendant, EILEEN DE OLIVEIRA (hereinafter "OLIVEIRA"), is a co-owner and managing member of T4K, with operational control and direct control over the day to day operations, including compensation of employees and the setting of work schedules of persons working at T4K, and therefore is an employer under the FLSA.

8.  The claim arose within the Southern District of Florida, which is where venue is proper.

## COUNT I – VIOLATION OF FLSA BY DEFENDANTS, T4K AND OLIVEIRA – MINIMUM WAGE

9. Adams realleges the allegations of paragraphs 1 through 8 above as though fully set forth herein.

10. ADAMS worked for T4K for several hours during the last five (5) days of his employment, March 30, 2020 through April 3, 2020, but received no compensation whatsoever for the work he performed.

11. On or about April 3, 2020, OLIVEIRA sent a text message to ADAMS advising him that he would receive his last paycheck until his partner (Maria Santoro) returned two laptop computers OLIVEIRA previously gifted to Ms. Santoro.

12. T4K's failure to pay ADAMS his final paycheck violates 29 U.S.C. § 206(a)(1) by not paying him at least a minimum wage.

13. ADAMS is entitled, pursuant to the FLSA to recover from T4K and OLIVIERA:

   a. The applicable minimum wage in effect at the times he worked without receiving compensation;

   b. As liquidated damages, an amount equal to the unpaid minimum wage he is owed;

   c. The costs of this action; and

   d. Reasonable attorney's fees.

WHEREFORE, Plaintiff, ADAMS prays that this Honorable Court:

   a. Enter judgment for ADAMS and against T4K and OLIVEIRA on the basis of their willful violations of the FLSA;

   b. Award ADAMS actual and compensatory damages in the amount shown to be due for unpaid minimum wages;

   c. Award ADAMS an equal amount in liquidated damages;

   d. Award ADAMS reasonable attorney's fees and costs of suit; and

e.  Other such relief as this Court deems just.

## Jury Demand

Plaintiff demands trial by jury.

Dated: May 25, 2020

Respectfully submitted,

By: /s/ Laurence M. Krutchik, Esq.
LAW OFFICE OF LAURENCE M. KRUTCHIK, P.A.
Fla. Bar No. 0069449
*Attorney for Adams and Cohen*
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Email: LMKAttorney@gmail.com
Telephone: (305) 537-6866